FILED
CLERK, U.S. DISTRICT COURT

**03/09/2026**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 5:26-mj-00124 |
| v. | 1:26-mj-00021 SAB |
| Keynin McGee | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: United States District Court
in the Eastern District of California on 03/04/2026
at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about January 2021
in violation of Title 18 U.S.C., Section(s) 1591(a)(1) (a)(2), (b)(1), and (c
to wit: knowingly, in or affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain.

A warrant for defendant's arrest was issued by: Stanley A. Boone

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Arrest Warrant, Complaint

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/09/2026___
　　　　　　　　　Date

_____
Signature of Agent

Benjamin Beck
_____
Print Name of Agent

FBI
_____
Agency

Special Agent
_____
Title

CR-52 (03/20)                    DECLARATION RE OUT-OF-DISTRICT WARRANT