Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

<div style="border:1px solid">
**FILED**
CLERK, U.S. DISTRICT COURT

**03/09/2026**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY
</div>

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
Keynin McGee

USMS# _____

PLAINTIFF

DEFENDANT

CASE NUMBER:
1:26-mj-00021 SAB          5:26-mj-00124

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 3/9/26 at 0730 ☑ AM ☐ PM

   or

   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☑ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 USC 1591(a)(1), (b)(1), and (c)

5. Offense charged is a:  ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☑ No  ☐ Yes  Language: _____

7. Year of Birth: 1999

8. Defendant has retained counsel:  ☑ No

   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Riverside

10. Remarks (if any): _____

11. Name: Ben Beck  (please print)

12. Office Phone Number: 310 422 3249          13. Agency: FBI

14. Signature: _____          15. Date: 3/9/26

CR-64 (09/20)                **REPORT COMMENCING CRIMINAL ACTION**